UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-20705-CIV-MORENO**

EDUARDO GALIANA,

    Petitioner,

vs.

WALTER A. MCNEIL, SECRETARY OF THE DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/



### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER DENYING PETITIONER'S WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 32**) on July 5, 2010. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No.32**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED. This case is hereby closed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record