UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-20705-CIV-MORENO**

EDUARDO GALIANA,

      Appellant,

vs.

WALTER A. MCNEIL, SECRETARY OF THE
DEPARTMENT OF CORRECTIONS

      Appellee.

_____/

## ORDER GRANTING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY IN PART

THIS CAUSE came before the Court upon Appellant's Motion for Certificate of Appealability **(D.E. No. 40)**, filed on **August 18, 2010**.

Appellant's motion for a certificate of appealability is GRANTED in part as to Appellant's second claim which disputes the admissibility of the supervisor's testimony regarding blood alcohol tests as a violation of the Confrontation Clause of the Sixth Amendment.  The Court DENIES Appellant's motion for a certificate of appealability as to Appellant's first claim which alleges that he was denied a fair and impartial trial because appellant has failed to make a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of August, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Clerk's Office Appeals Section
Counsel of Record